lows: Did the purchase and installation of the filters and coagulating and sterilizing devices, as contemplated and specified in the contract set forth in the complaint, constitute ordinary maintenance of the water system of the city of Kingston, so that the board of water commissioners of such city had the power to make such contract without the assent of the common council?

COYKENDALL, Respondent, v. HARRISON et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 9, 1912.) Action by Samuel D. Coykendall against William R. Harrison and others, constituting the Water Commissioners of the City of Kingston, and another. Amending decision, 135 N. Y. Supp. 1106.

PER CURIAM. Decision amended, by adding thereto second question, to wit: (2) If such contract did not contemplate ordinary maintenance or repair, did the water board have the right to enter into the same without the assent of the common council?

CROSS, Respondent, v. CROSS, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Annie F. Cross against Ferdinand L. Cross. R. E. McLear, for appellant. R. F. Clarke, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, infra.

McLAUGHLIN and SCOTT, JJ., dissent, voting for reduction of alimony to $60 per month.

CROSS v. CROSS (two cases). (Supreme Court, Appellate Division, First Department. May 10, 1912.) Actions by Annie F. Cross against Ferdinand L. Cross. No opinions. Motions denied. Order filed. See, also, supra.

CROSSMAN, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Frances Crossman, as administratrix, etc., against the New York Telephone Company. No opinion. Judgment and order affirmed, with costs.

CUMMING v. MIDDLETOWN, U. & W. G. R. CO. et al. (Supreme Court, Appellate Division, Second Department. April 26, 1912.) Action by George M. Cumming, trustee, against the Middletown, Unionville & Water Gap Railroad Company and others. No opinion. Motion granted, without costs. See, also, 147 App. Div. 105, 131 N. Y. Supp. 710.

In re CUNNINGHAM. (Supreme Court, Appellate Division, First Department. June 14, 1912.) In the matter of Daniel Cunning-

ham deceased. No opinion. Decree affirmed, with costs. Order filed.

CUPPY, Respondent, v. STOLLWERCK BROS., Inc., Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Hazlitt A. Cuppy against the Stollwerck Bros., Incorporated. E. H. Wilson, for appellant. N. Lyon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See also, 134 N. Y. Supp. 1130.

CURRAN, Appellant, v. LAKE CHAMPLAIN & M. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by James R. Curran against the Lake Champlain & Moriah Railroad Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 145 App. Div. 890, 129 N. Y. Supp. 1117.

BETTS, J., dissents.

CURTIS, Respondent, v. REUCKERT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by William B. Curtis, as trustee, etc., against William Reuckert and another. No opinion. Judgment affirmed, with costs.

DANN et al., Respondents, v. PALMER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by Edward H. Dann and others against Manning C. Palmer and others. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 135 N. Y. Supp. 411.

DARCY, Appellant, v. PRESBYTERIAN HOSPITAL OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Jane Darcy against the Presbyterian Hospital of New York. C. Norwood, for appellant. R. Thorne, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed. See, also, 137 App. Div. 924, 122 N. Y. Supp. 1126.

DOWLING, J., dissents.

DAUBE, Respondent, v. SHOLTZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Harry Daube, an infant, etc., against Michael Sholtz and James K. Atkinson, copartners, etc., and another. No opinion. Order affirmed, with $10 costs and disbursements.

DAUCHER, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Sarah Daucher, as administratrix, etc., against the